UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company | CIVIL ACTION NO: 1:25-cv-00249-SDN |
| Plaintiff | CONSENT JUDGMENT OF FORECLOSURE AND SALE |
| vs. | RE:<br>465 Grant Road, Corinth, ME 04427 |
| Picabo Mower and Dylan Mower | Mortgage:<br>March 30, 2020<br>Book 15485, Page 138 |
| Defendants | |
| Bangor Federal Credit Union | |
| Party-In-Interest | |

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on February 10, 2026. Plaintiff, Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company, was present and represented by Reneau J. Longoria, Esq. Defendant Dylan Mower appeared and consented to Judgment of Foreclosure and Sale; Party-In-Interest, Bangor Federal Credit Union has consented to Judgment of Foreclosure and Sale.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is **GRANTED**. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Mortgage Research Center, LLC d/b/a

Veterans United Home Loans, a Missouri Limited Liability Company ("Mortgage Research Center") the amount adjudged due and owing ($240,728.31) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Mortgage Research Center shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $192,299.71 |
| Interest | $19,088.02 |
| Unpaid Late Charges | $642.74 |
| Escrow Advance | $17,269.53 |
| Corporate Advance | $11,428.31 |
| Grand Total | $240,728.31 |

2. If the Defendants or their heirs or assigns do not pay Mortgage Research Center the amount adjudged due and owing ($240,728.31) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Corinth Property shall terminate, and Mortgage Research Center shall conduct a public sale of the Corinth Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $240,728.31 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. Mortgage Research Center may not seek a deficiency judgment against the Defendants pursuant to Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, Mortgage Research Center may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a)

consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $240,728.31.

6. The priority of interests is as follows:

    ● Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company has first priority, in the amount of $221,790.13, pursuant to the subject Note and Mortgage.

    ● Bangor Federal Credit Union has the second priority behind the Plaintiff pursuant to a Writ of Execution dated October 10, 2024, in the amount of $22,245.56, and recorded in the Penobscot County Registry of Deeds in Book 17312, Page 56.

    ● Picabo Mower and Dylan Mower have the third priority behind the Plaintiff.

7. The prejudgment interest rate is 3.50000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 9.5%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue December 2025, 3.5% plus 6% for a total post-judgment interest rate of 9.5%).

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company<br>1400 Forum Blvd Suite 18<br>Columbia, MO 65203 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Dylan Mower<br>25 A Street<br>Bangor, ME 04401 | Pro Se/Defaulted |
|  | Picabo Mower<br>25 A Street<br>Bangor, ME 04401 | Pro Se/Defaulted |
| PARTIES-IN-INTEREST | Bangor Federal Credit Union<br>339 Hogan Rd<br>Bangor, ME 04401 | Hockenbury, Michael A.<br>84 Harlow Street<br>PO Box 1401<br>Bangor, ME 04402 |

a) The docket number of this case is No. 1:25-cv-00249-SDN.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 465 Grant Road, Corinth, ME 04427, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 465 Grant Road, Corinth, ME 04427. The Mortgage was executed by the Defendants, Dylan Mower and Picabo Mower on March 30, 2020. The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 15485, Page 138.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 465 Grant Road,

Corinth, ME 04427. Mortgage Research Center will not seek a deficiency judgment against the Defendants.

**SO ORDERED.**

Dated: February 11, 2026

                                            /s/ Stacey D. Neumann
                                            U.S. District Judge